1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DWAYNE JONES,
11           Petitioner,                No. CIV S-08-1854 EFB P
12      vs.
13  D. K. SISTO, Warden, et al.,
14           Respondents.               <u>ORDER</u>
15  _____/
16      Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus.
17  *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C.
18  § 1915(a).
19      Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford
20  the costs of suit.
21      A judge "entertaining an application for a writ of habeas corpus shall forthwith award the
22  writ or issue an order directing the respondent to show cause why the writ should not be granted,
23  unless it appears from the application that the applicant or person detained is not entitled
24  thereto." 28 U.S.C. § 2243. It is not apparent from the face of the application that the petitioner
25  is not entitled to relief.
26  ////

1

Accordingly, it is hereby ordered that:

1. Petitioner's request for leave to proceed *in forma pauperis* is granted.

2. Respondent shall file and serve either an answer or a motion in response to petitioner's application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

3. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 15 days thereafter.

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's August 11, 2008, petition for a writ of habeas corpus with any and all attachments on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California. The Clerk of the Court also shall serve on the Senior Assistant Attorney General the consent form used in this court.

Dated: April 30, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE