IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE JONES,

    Petitioner,                    No. CIV S-08-1854 GEB EFB P

    vs.

D. K. SISTO, et al.,

    Respondents.               ORDER

                            /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He challenges a decision of the California Board of Parole Hearings that petitioner is not suitable for parole and argues that the decision denied him due process because it was based solely on petitioner's commitment offense and allegedly was not supported by any evidence that petitioner poses a current danger to the community.[1] Petitioner requests that the court judicially notice two unpublished United States District Court cases: *Ledesma v. Marshall*, No. 08cv0309-JTM(CAB), 2009 U.S. Dist. LEXIS 72707 (E.D. Cal. Aug. 5, 2009) and *Hoffman v. Marshall*, No. CV 08-1427-R (RNB), 2009 U.S. Dist. LEXIS 73917 (C.D. Cal. Jan 13, 2009).

////

---

[1] Respondent filed an answer on June 24, 2009, and petitioner filed a traverse on August 25, 2009.

1

1      The citation to unpublished opinions reported on Westlaw or Lexis does not appear to
2  require a formal request for judicial notice.  Like citation to other secondary legal authorities,
3  petitioner may cite to the cases and argue whatever relevance and persuasive effect he believes
4  they provide.  However, because petitioner has requested it, the court will take judicial notice of
5  *Ledesma* and *Hoffman*.  *See Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir. 2001) (stating that a
6  court may take judicial notice of "matters of public record" under Federal Rule of Evidence
7  201).  The court notes that, by taking judicial notice of these cases, it merely recognizes them as
8  undisputed matters of public record, but does not at this time make any determination that the
9  facts or analyses therein are applicable to this case.
10     Accordingly, it is hereby ORDERED that petitioner's November 3, 2009 request for
11 judicial notice, Dckt. No. 14, is granted.
12 Dated:  August 11, 2010.

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE